UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
RYAN MAYO, et al.,

                        Plaintiffs,

v.                                                           **ORDER**

COUNTY OF ORANGE, et al.,                    22-CV-06583 (VB)

                        Defendants.
--------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      At the request of Judge Briccetti, to whom this case is assigned, this Court held a telephone conference today to discuss Plaintiff's proposed Order to Show Cause seeking emergency injunctive relief. Counsel for all parties appeared by telephone.

      IT IS HEREY ORDERED that, on consent of the parties, no further steps will be taken as regards the events underlying this action so as to maintain the status quo, with the exception of the filing of proof of service and petition to terminate month-to-month tenancy in the Montgomery Town Court, pending an in-person conference before Judge Briccetti, which is scheduled for August 11, 2022 at 2:15 p.m. in courtroom 620.

      See transcript.

SO ORDERED.

Dated:  White Plains, New York
          August 4, 2022

                                                     _____
                                                     Philip M. Halpern
                                                     United States District Judge