UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
RYAN MAYO and TAKE FLIGHT AVIATION LLC,
          Plaintiffs,

v.

EDWARD MAGRYTA and COUNTY OF ORANGE,
          Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 6583 (VB)

By no later than August 8, 2022, defendants shall file a response to plaintiffs' motion for a temporary restraining order.

In addition, the conference scheduled for August 11, 2022, **is rescheduled to August 12, 2022, at 10:45 a.m.,** to be conducted in person at the White Plains Courthouse, Courtroom 620. To be clear, the Court will not hold a conference on August 11. The Court's Order of August 4, 2022, shall otherwise remain in effect until then.

Dated: August 5, 2022
       White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge