UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
RYAN MAYO and TAKE FLIGHT AVIATION, :
LLC,
               Plaintiffs,

v.

EDWARD MAGRYTA and COUNTY OF
ORANGE,
               Defendants.
---------------------------------------------------------------x

**ORDER**

22 CV 6583 (VB)

For the reasons stated on the record at a hearing conducted today, at which plaintiff Ryan Mayo and counsel for all parties appeared, the motion for a temporary restraining order and a preliminary injunction (Doc. #1) is DENIED.

By September 22, 2022, the parties shall submit a proposed Civil Case Discovery Plan and Scheduling Order.

Dated: September 8, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge